NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1297

CALLPOD, INC.,

Plaintiff-Appellant,

v.

GN NETCOM, INC., GN NETCOM A/S,
and HELLO DIRECT, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 06-CV-4961, Judge Virginia M. Kendall.

ON MOTION

ORDER

Upon consideration of the appellant's motion to dismiss its appeal,

IT IS ORDERED THAT:

(1)    The motion is granted. The appeal is dismissed.[*]

(2)    Each side shall bear its own costs.

FOR THE COURT

APR 2 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2010

JAN HORBALY
CLERK

---

[*]    The appellant asks that the dismissal be entered as "without prejudice." It is not the court's usual practice to designate a dismissal as being with or without prejudice.

cc: Jessica C. Kaiser, Esq.
David B. Abramowitz, Esq.

s21

ISSUED AS A MANDATE: ___APR 2 1 2010___